UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

MORGAN PRESNELL )
)
V. ) NO. 2:08-CV-25
) Mattice/Inman
DEBBIE CLOYD and )
PAT HOLLYFIELD )

## MEMORANDUM and ORDER

*Pro se* prisoner Morgan Presnell has filed this civil rights action under 42 U.S.C. § 1983, alleging the violation of his constitutional rights at the Washington County Detention Center [WCDC].[1] More specifically, plaintiff complains that Debbie Cloyd, the mental health liaison or counselor, and Pat Hollyfield, Head Nurse at WCDC, discontinued all but two of his mental health medications, saying they were not life-threatening; that one (respidol?) cost $300 for 60 pills; that the facility cannot afford the cost of that medication; but that they would give it to him, if his mother would pay for it. Further, plaintiff alleges that they will not make him an appointment with a mental health doctor and that he does not believe that medications can be stopped without permission of a medical doctor or a mental health doctor. Plaintiff

---

[1] Plaintiff has since been released from confinement. [Doc. Entry of April 8, 2008].

would like to sue those involved for violating his rights and putting him in mental stress, anguish, and in harm's way. He would also like to have his medications back and to see a mental health doctor.

Unfortunately for plaintiff, his claims are no longer actionable. This is so because a prisoner's request for injunctive or declaratory relief against jail officials cannot be granted once he is transferred from the correctional institution of which he complains. *Kensu v. Haigh*, 87 F.3d 172, 175 (6th Cir.1996). Since plaintiff is no longer imprisoned in the WCDC, it is obvious that he could obtain no benefit from the granting of injunctive relief against the WCDC officials. Thus, his claims have become moot, and this lawsuit will be dismissed on the basis of mootness.

Finally, plaintiff's application to proceed *in forma pauperis* is **GRANTED**. [Doc. 1].

A separate order of dismissal will enter.

**ENTER:**

                                                        */s/Harry S. Mattice, Jr.*
                                                        HARRY S. MATTICE, JR.
                                                   UNITED STATES DISTRICT JUDGE